# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00069-CR

**David Michael Jones, Appellant**

**v.**

**The State of Texas, Appellee**

---

### FROM THE 277TH DISTRICT COURT OF WILLIAMSON COUNTY
### NO. 18-0186-K277, THE HONORABLE STACEY MATHEWS, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant David Michael Jones seeks to appeal his judgment of conviction for possession of a controlled substance. *See* Tex. Health & Safety Code § 481.115(a), (c). The trial court has certified that Jones has waived the right of appeal. Accordingly, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Kelly and Smith

Dismissed for Want of Jurisdiction

Filed: April 7, 2022

Do Not Publish